IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HERMAN HILL, SR.,<br><br>                  Petitioner,<br><br>vs.<br><br>HUNTER ANGLEA, Warden, Sierra Conservation Center,[1]<br><br>                  Respondent. | No. 2:18-cv-03168-JKS<br><br>ORDER |

       James Herman Hill, Sr., a state prisoner proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus with this Court pursuant to 28 U.S.C. § 2254 ("Petition"). In his Petition, Hill raises a claim that "[a] criminal defendant has a right to present a defense and thus, in certain situations, has a right to obtain confidential or privileged documents if they are relevant to my defense." Docket No. 1 at 14. Although he provides no further facts or argument, construing Hill's *pro se* Petition liberally, *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam), his statement concerns the decision of the trial court which, after conducting an *in camera* inspection, rejected Hill's request for the subpoenaed mental health records of the victim. On direct appeal in Case No. 082995, Hill requested that the California Court of Appeal conduct its own *in camera* review of the records to determine whether the trial court properly ordered all discovery to which he was entitled.

       Because the mental health records are confidential in nature, they were subject to a sealing order and not included in the Appellate Record currently before the Court. However, the

---

    [1]     Hunter Anglea, Warden, Sierra Conservation Center, is substituted for Ken Clark, Warden, California State Prison-Corcoran. FED. R. CIV. P. 25(c).

Court finds it necessary to obtain the entirety of the confidential records for its evaluation of Petitioner's claim.

**IT IS THEREFORE ORDERED THAT** the Clerk's Office of the Third Appellate District of the California Court of Appeal is respectfully directed to submit to this Court at its earliest convenience a copy of pages 63 to 82 and 84 to 172 in Volume I and pages 429 through 497 in Volume II of the Clerk's Transcript on Appeal in the underlying Court of Appeal case number C082995. These documents may be deemed unsealed only to the extent necessary to effectuate the transfer of the records to this Court. The documents shall otherwise remain sealed and confidential.

The Clerk of the Court is directed to provide the Clerk's Office of the Third Appellate District of the California Court of Appeal a copy of this order.

Dated: May 8, 2019.

                                                  /s/James K. Singleton, Jr.
                                                  JAMES K. SINGLETON, JR.
                                             Senior United States District Judge